# UNITED STATES DISTRICT COURT
## District of Minnesota

Hiwet Abraha                                                **JUDGMENT IN A CIVIL CASE**

                                             Plaintiff(s),

v.                                                           Case Number: 19-cv-213 (PAM/SER)

Macalester College

                                             Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

      This matter is **DISMISSED with prejudice** and without costs, disbursements, or attorney's fees to any party.

Date:   August 16, 2019                                      KATE M. FOGARTY, CLERK

                                                                    s/Lynnette Brennan
                                                      (By)   Lynnette Brennan, Deputy Clerk